UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH SPATH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-07599-JSC<br><br>**PRETRIAL ORDER NO. 3: EXPERT DISCOVERY DEADLINES** |

Following the further case management conference held on March 11, 2025, the Court orders the following expert-related deadlines:

- Expert Disclosures: 　　　　　May 9, 2025
- Rebuttal Expert Disclosures: 　May 30, 2025
- Close of Expert Disclosures: 　June 20, 2025
- Daubert Motions: 　　　　　　July 3, 2025
- Daubert Oppositions: 　　　　July 17, 2025
- Daubert Replies: 　　　　　　July 24, 2025
- Pretrial Conference: 　　　　July 31, 2025

**IT IS SO ORDERED.**

Dated: March 12, 2025

JACQUELINE SCOTT CORLEY
United States District Judge